FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2023 JAN 12 PM 12: 29

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:23-cr-6-BJD-MCR

18 U.S.C. § 924(a)(1)(A)

BYRON KEITH JONES, JR.

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about November 15, 2022, in the Middle District of Florida, the defendant,

BYRON KEITH JONES, JR.,

knowingly made a false statement and representation to employees of Academy Sports and Outdoors, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, when in truth and fact, the defendant had been convicted of such crimes, specifically:

1. Count One, Possession of Cocaine, Count Two, Carrying a Concealed Firearm, case number 16-2015-CF-004041-AXXX-MA, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about August 3, 2015; and

2. Possession of Cocaine, case number 16-2018-CF-004196-AXXX-MA, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about July 23, 2018.

In violation of 18 U.S.C. § 924(a)(1)(A).



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney

By: _____
ILIANYS RIVERA MIRANDA
Assistant United States Attorney
Chief, Criminal Division North

FORM OBD-34
1/10/23 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BRYON KEITH JONES, JR.

## INDICTMENT

Violations: 18 U.S.C. § 924(a)(1)(A)

A true bill.



_____
Foreperson

Filed in open court this 12th day
of January, 2023.

_____
Clerk

Bail  $_____